IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00403-GCM

| | |
|---|---|
| ATV BROADCAST, LLC,<br><br>**Plaintiff,**<br><br>v.<br><br>ALABAMA TELECASTERS, INC.,<br>JACKSON TELECASTERS, INC.,<br>BAHAKEL COMMUNICATIONS, LTD.,<br>WCCB-TV, INC.,<br>SPRINGFIELD INDEPENDENT TELEVISION CO., INC.,<br>COLUMBIA TELEVISION BROADCASTERS, INC.,<br><br>**Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motions for Admission *Pro Hac Vice* concerning Christina Laun Fugate (Doc. No. 7) and Michael A. Wukmer (Doc. No. 8).

Upon review and consideration of the Motions, which were accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motions.

In accordance with Local Rule 83.1(b), Ms. Christina Laun Fugate and Mr. Michael A. Wukmer are admitted to appear before this court *pro hac vice* on behalf of Plaintiff ATV Broadcast, LLC.

**IT IS SO ORDERED.**

Signed: September 30, 2020

Graham C. Mullen
United States District Judge