# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00403-GCM

| | |
|---|---|
| ATV BROADCAST, LLC,<br><br>**Plaintiff,**<br><br>v.<br><br>COLUMBIA TELEVISION BROADCASTERS, INC.,<br>SPRINGFIELD INDEPENDENT TELEVISION CO., INC.,<br>WCCB-TV, INC.,<br>BAHAKEL COMMUNICATIONS, LTD.,<br>JACKSON TELECASTERS, INC.,<br>ALABAMA TELECASTERS, INC.,<br><br>**Defendants.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motions for Admission *Pro Hac Vice* ("Motions") concerning **Steven A. Marenberg** (Doc. No. 18) and **Josh B. Gordan** (Doc. No. 19).

Upon review and consideration of the Motions, which were accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motions.

In accordance with Local Rule 83.1(b), Mr. Marenberg and Mr. Gordan are admitted to appear before this court *pro hac vice* on behalf of all Defendants.

**IT IS SO ORDERED.**

Signed: October 16, 2020

Graham C. Mullen
United States District Judge